# EXHIBIT 4



Home > Contact Us > Office Locations

## Office Locations



**Questions?** If you are a plan participant and you have an inquiry about your plan, please dial the 1.800 number located on the back of your Member ID Card or call 1.877.MERITAIN (1.877.637.4824). If you are a current client or a broker inquiring about an existing Meritain Health plan, please contact your Client Relationship Manager or call 1.877.MERITAIN (1.877.637.4824).

## Service Centers:

### Anchorage, Alaska

**Meritain Health**
510 L Street
Suite 650
Anchorage, Alaska 99501

Toll Free: 800.770.3740
Fax: 907.561.8813

### Buffalo, New York

**Meritain Health**
300 Corporate Parkway
Amherst, New York 14226

Toll Free: 800.828.6922
Fax: 716.319.5725

### Cleveland, Ohio

### Indianapolis, Indiana

**Meritain Health**
9245 N. Meridian Street
Suite 100
Indianapolis, Indiana 46260

Toll Free: 800.624.8316

### Minneapolis, Minnesota

**Meritain Health**
1405 Xenium Lane North
Suite 140
Minneapolis, MN 55441

Toll Free: 800.925.2272
Fax: 952.593.3750

### Okemos, Michigan



EXHIBIT 4

Meritain Health
2nd floor, Suite 200
Point 6 Office Building
24651 Center Ridge Road
Westlake, Ohio 44145

Toll Free: 800.356.6226

## Evansville, Indiana

Meritain Health
111 Southeast Third Street
Suite 101
Evansville, Indiana 47708

USHH - 800.521.0265
Meritain Health - 866.828.1338

## Fort Worth, Texas

Meritain Health
3800 Sandshell Drive
Suite 260/180
Fort Worth, Texas 76137

Toll Free: 800.867.2582
Fax: 817.335.2582

## Glendale, Arizona

Meritain Health
5810 W. Beverly Lane
Glendale, Arizona 85306

Phone: 602.789.1170
Fax: 716.541.6661

Meritain Health
2370 Science Parkway
Okemos, Michigan 48864

Toll Free: 800.748.0003

## Salt Lake City, Utah

Meritain Health
Sorenson Park Building #7
4246 South Riverboat Road
Suite 200
Salt Lake City, UT 84123

Toll Free: 801.261.5511

## Shreveport, Louisiana

Meritain Health
920 Pierremont Road
Suite 308
Shreveport, Louisiana 71106

Toll Free: 800.256.2657
Fax: 318.424.9702

## St. Louis, Missouri

Meritain Health
9201 Watson Road
St. Louis, Missouri 63126

Toll Free: 800.776.2452
Fax: 314.918.3535

If you are a broker or prospective client and would like to speak with a Meritain Health sales representative, please call 1.800.242.6226 or e-mail sales@meritain.com.

Home | Site Map

©2006-2012 Meritain Health

What is RSS?   RSS News Links   RSS Podcasts   QuantumCMS