IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| MERITAIN HEALTH, INC., et al. | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| EXPRESS SCRIPTS, INC. | : | NO. 12-129 |

ORDER

AND NOW, this 13th day of February, 2012, upon consideration of the Defendant's Motion to Dismiss or, Alternatively, to Transfer (Docket No. 14), the opposition thereto (Docket No. 21), and the reply thereto (Docket No. 28), and following a telephonic oral argument on February 10, 2012, IT IS HEREBY ORDERED, for the reasons stated in a memorandum bearing today's date, that the motion is GRANTED IN PART AND DENIED IN PART. It is granted with respect to the defendant's request to transfer this action to the Eastern District of Missouri and denied as moot with respect to the defendant's request to dismiss for failure to join an indispensable party and for lack of standing.

IT IS FURTHER ORDERED that this case shall be transferred to the United States District Court for the Eastern District of Missouri pursuant to 28 U.S.C. § 1404(a).

BY THE COURT:

/s/Mary A. McLaughlin
MARY A. McLAUGHLIN, J.