UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| MERITAIN HEALTH, INC., et. al<br><br>Plaintiffs,<br><br>vs.<br><br>EXPRESS SCRIPTS, INC.,<br>    a Delaware corporation,<br><br>Defendant | Case No. 4:12-cv-00266-CEJ |

### DEFENDANT'S MOTION TO DISMISS

Defendant Express Scripts, Inc., ("ESI") respectfully moves to dismiss Meritain Health, Inc.'s ("Meritain") and Scrip World, LLC's ("SW") Amended Complaint: (i) pursuant to Fed. R. Civ. P. 12(b)(1) because Meritain lacks standing to bring claims under the Lanham Act; and (ii) pursuant to Fed. R. Civ. P. 12(b)(6) because Meritain and SW have failed to state a claim.

In support of this Motion, ESI submits and incorporates by reference herein the attached Memorandum of Law.

Dated:  February 28, 2012          Respectfully Submitted,

**HUSCH BLACKWELL LLP**

By  /s/ Thomas M. Dee          .
Thomas M. Dee, #30378MO
Christopher A. Smith, #53266MO
Matthew D. Knepper, #61731MO
190 Carondelet Plaza, Suite 600
St. Louis, MO  63105-3441
Phone:        314-480-1500
Facsimile:    314-480-1505

*Attorneys for Defendant Express Scripts, Inc.*

1

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that the foregoing document was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon Counsel of Record, this 28th day of February 2012, to the addressees shown below:

Frederick P. Santarelli
fps@elliottgreenleaf.com
John M. Elliott
jme@elliottgreenleaf.com
John P. Elliott
jpe@elliottgreenleaf.com
Gregory S. Voshell
gsv@elliottgreenleaf.com
Elliot Greenleaf & Siedzikowski P.C.
Union Meeting Corporate Center V, Suite 300
925 Harvest Drive
P.O. Box 3010
Blue Bell, Pa 19422

Kevin A. Sullivan
ksullivan@ss-law.net
Michael L. Knepper
mknepper@ss-law.net
Sauter Sullivan, LLC
3415 Hampton Avenue
St. Louis, Missouri 63139
Tel: (314) 768-6800
Fax: (314) 781-2726

Daniel Platt
dplatt@loeb.com
Loeb & Loeb, LLP
10100 Santa Monica Blvd., Suite 2200
Los Angeles, California 90067
Phone: (310) 282-2110

*Attorneys for Plaintiffs Meritain Health, Inc. and Scrip World, LLC*